UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECHERI HAFER,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF KERN, et al.,<br><br>        Defendants. | Case No. 1:25-cv-00913-KES-CDB<br><br>ORDER DISMISSING ACTION FOR PLAINTIFF'S FAILURE TO FILE AMENDED PLEADING OR NOTICE OF VOLUNTARY DISMISSAL<br><br>Doc. 10 |

      Plaintiff DeCheri Hafer, proceeding pro se and in forma pauperis, initiated this action with the filing of a complaint on July 2, 2025. Doc. 1. On November 4, 2025, the Court issued an order adopting the September 4, 2025 findings and recommendations and dismissed plaintiff's claims with leave to amend. Doc. 10 at 3. The Order provided plaintiff 30 days to file either (a) a first amended complaint, (b) a notice of intent not to file a first amended complaint, or (c) a notice of voluntary dismissal of the action. *Id.* Plaintiff was warned that the failure to comply within the specified time would result in the dismissal of this action. *Id.* at 3.

      Despite the Court's warning, plaintiff has failed to file an amended complaint (or a notice of intent not to file a first amended complaint or a notice of voluntary dismissal) and the deadline to do so has expired. As a result, there is no pleading on file which sets forth any claims upon

1   which relief may be granted.

2       Accordingly:

3       1.  This action is dismissed for plaintiff's failure to state a claim; and

4       2.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   December 9, 2025

UNITED STATES DISTRICT JUDGE